# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

## CRIMINAL MINUTES - ARRAIGNMENT

Case No.: 1:20CR26            Date: 7/29/20

**Defendant:** James Brown; present            **Counsel:** Nancy Dickenson; AFPD

PRESENT:
- JUDGE: Pamela Meade Sargent   TIME IN COURT: 10:35 – 10:47=12 min
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Zachary Lee
- USPO: None Present
- Case Agent: Chad Potter
- Interpreter: N/A

- ☐ Arraignment and plea continued to New Date.
- ☐ Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
- ☐ Defendant states that true name is Defendant name. Defendant given copy of Indictment or Information.
- ☒ Defendant(s) waives reading of Indictment or Information.
- ☐ Indictment or Information read.
- ☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | All Counts |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

- ☒ Jury trial set for February 8-12, 2021 at 9:00 a.m.; set outside speedy trial at request of defendant; waiver of speedy trial executed.
- ☐ Trial to be set by Clerk upon arrest of all defendants.
- ☒ Pretrial conference set for January 14, 2021 at 10:30 a.m..
- ☐ Defendant(s) remanded to custody.
- ☒ Defendant(s) released on bond.

Additional Information: