# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 1:20cr00026-001** |
| ) | **ORDER** |
| **JAMES BROWN,** ) | |
| **Defendant** ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, the defendant, James Brown, appeared before the undersigned on September 8, 2020, on allegations that he had violated the terms and conditions of his pretrial release imposed by this court on June 30. 2020. Based on the facts contained in the Petition For Action on Conditions of Pretrial Release filed with the court earlier today, I find that the defendant has violated his conditions of release as set forth in the Petition. Therefore, it is **ORDERED** that the defendant's release is revoked, and he shall remain detained pending his trial.

Upon the court's finding that the defendant has violated the terms and conditions of his bond based on his failure to comply with his conditions of release, it is hereby **ORDERED** that, pursuant to Federal Rule of Criminal Procedure 46(f)(1), the defendant shall forfeit the $25,000 unsecured bond he entered into on June 30, 2020. Any motion for remittitur of this amount shall be filed by within 14 days of the date of entry of this Order. The Government shall respond to any motion for remittitur within 14 days of the filing of the motion.

### Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending his trial.

The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with any further court proceedings.

    **ENTER**:    September 8, 2020.

<u>/s/ *Pamela Meade Sargent*</u>
UNITED STATES MAGISTRATE JUDGE