**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

**UNITED STATES OF AMERICA,**

Vs.                                              Case No.: 1:20cr00026-001

**JAMES BROWN
VIANIA AYALA.
Defendants.**

**MOTION FOR CONTINUANCE**

The defendant, VIANIA AYALA, by counsel, respectfully requests the above styled matter be continued based on the following:

1. The defendant was ordered to show cause by the Honorable Court as to why she should not be held in contempt of court pursuant to 18 U.S.C § 401 for failing to advise the court of the defendant, James Brown's, failure to abide by conditions of release.

2. Ms. Ayala's contempt hearing is presently set for 1:30 p.m. September 21, 2020.

3. Counsel for the defendant was appointed to represent her on September 10, 2020.

4. Counsel for the defendant has made telephone contact with the defendant Ayala but, as the defendant has no transportation and lives in Marion, counsel has not yet had the opportunity to go to her home and speak with her in person.

5. Counsel for the defendant, Ayala, is respectfully requests a brief continuance to adequately prepare for her defense.

5. Counsel has discussed this matter with the Assistant United States Attorney Zach Lee, and the United States Attorney's Office has no objection to this request for a continuance.

**WHEREFORE**, the defendant respectfully requests that the above styled matter be continued and reset a contempt hearing at a later date.

                              VIANIA AYALA

                              By: _____/.s/Dennis H. Lee_____
                                    Counsel for Defendant

THE DENNIS LEE LAW FIRM
206 West Main Street, Suite A
Tazewell, Virginia  24651
Telephone: 276 979-7850
Facsimile: 276 979 7850
E-mail: dennislee769@gmail.com
VSB No.: 31538

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following to the United States Attorney's Office.

                              _____/s/ Dennis H. Lee_____