# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES - MOTION HEARING

**Case No.:  1:20cr26**                             **Date:  11/10/2020**

---

**Defendant:  James Brown, Bond via Teleconference**         **Counsel:  Nancy Dickenson, AFPD via Video Conference**

---

PRESENT:     JUDGE:               James P. Jones via Video Conference
TIME IN COURT:  3:40 – 4:00 p.m.  (Total: 20 minutes)
             Deputy Clerk:        Felicia Clark via Video Conference
             Court Reporter:      Donna Prather, OCR via Video Conference
             U. S. Attorney:      Zachary Lee and Daniel Murphy via Video Conference
             USPO:                Not Present

**PROCEEDINGS:**

Motion hearing in re: DE [82] - MOTION for Separate Trial on Count 4 Firearm Possession by User of Controlled Substance. Oral argument by counsel. Court granted DE [82]. Jury Trial on Counts 1 – 3 will be held as scheduled on 2/8/21 thru 2/12/21 at 9:00 a.m. in Abingdon, VA before Judge James P. Jones. Jury Trial on Count 4 will be set via email. Court adjourned.