## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:20CR00026 |
| v. ) | **ORDER OF CONTINUANCE** |
| ) | |
| **JAMES BROWN,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

It appearing proper, the trial date in this case is canceled and rescheduled in accord with the Second Amended Standing Order 2020-10 and 2020-14 entered by Chief Judge Michael F. Urbanski for the Court on December 3, 2020, entitled "In the Matter of: Postponement of Jury Trials until March 1, 2021" ("Amended Standing Order"). The Amended Standing Order is hereby incorporated in this Order by this reference. The undersigned presiding judge of this case has determined not to exercise any discretion granted in the Amended Standing Order to conduct a jury trial in this case prior to March 1, 2021, based on the findings set forth in the Amended Standing Order, and on the undersigned's additional finding of the exceptional increasing spread of coronavirus infection in the geographical areas from which a jury venire would be drawn for a trial in this case. Pursuant to the provisions of the Speedy Trial Act, the delay in the trial shall be excluded in

computing the time within which the trial must commence under the Speedy Trial Act on the basis of the court's finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. The Speedy Trial Act time shall thus be extended to the rescheduled trial date.

It is so **ORDERED**.

ENTER: December 21, 2020

/s/  JAMES P. JONES
United States District Judge