PS 8
(10/97)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 07 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## Western District of Virginia

U.S.A. vs. James Brown                    Docket No. 1:20CR00026-001

Petition for Action on Conditions of Pretrial Release

COMES NOW Thomas V.H. O'Neill, Probation Officer, presenting an official report upon the conduct of defendant James Brown who was placed under pretrial release supervision by the Honorable James P. Jones sitting in the Court at Abingdon, on October 2, 2020, under the following conditions:

*The defendant shall abstain from the excessive use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.*

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On May 17, 2021, USPO Tom O'Neill met with the defendant at his residence. A urine sample was requested at this time; the defendant was able to produce approximately four to five drops of urine. This sample tested positive for methamphetamine and marijuana. The defendant denied use of either substance. After approximately one hour of waiting the defendant was able to provide enough urine to be sent to the lab for confirmation testing. The defendant was given numerous attempts to be honest with UPSO O'Neill regarding any drug use.

On May 24, 2021, the lab returned confirmation that the defendant's sample returned positive for marijuana. On June 3, 2021, the lab returned confirmation that the defendant's sample returned positive for methamphetamine.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued to determine whether the defendant's bond should be revoked and that this petition and the warrant be SEALED until the execution of the warrant.

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 7th day of JUNE, 2021 and ordered filed and made a part of the records in the above case. | Executed on: June 7, 2021 |
| | /s/ Thomas V.H. O'Neil |
| /s/ | U.S. Pretrial Services/Probation Officer |
| U.S. District Judge | Place: Abingdon, Virginia |