I Brian Akers am The forman for Xterior Plus I have Been aware of James Brown's charge's from The Day He was Put on Home Bound. I would Pick James up and Take Him Home for almst a year and not one Time Have I seen or ? if He was under the influence on a Job Sight I Have also Been one of the guy's That made Him Take a Day off To go to the er. To find out What was wrong with Him I my Self can Say that Jame's has Been one of the Hard'st working men I Have ever Seen in my life and I Would Do eny Thing for Him cuz He Would Do the Same for me