**FAMILY PHYSICIANS OF MARION**

R. VAN CLAMPITT, M.D.   NPI# 1225090509  DEA # BC0175794
BRIAN H. STIEFEL, M.D.   NPI# 1972565265  DEA # BS7086615
DAYLE ZANZINGER, F.N.P. NPI# 1235142928  DEA # MZ0987389
KIM ELLISON, F.N.P.     NPI# 1205094174  DEA # ME1783061
1020 Terrace Drive, Suite 200 • Marion, VA 24354
Ph: 276-783-7167   Fax: 276-783-6432

NAME _Jannie Brown_   AGE _____

ADDRESS _____   DATE 5.19.2021

Rx ILLEGAL IF NOT SAFETY GRAY BACKGROUND

**R** She use of Protonix and Sudafed can cause false positive results for THC/ Meth on drug screen

Refill  0  1  (2  3  4)  5  1Yr.

☐ Label

_____
(Signature)   DAW 8

To ensure brand name dispensing, prescriber must handwrite
"BRAND MEDICALLY NECESSARY" on the prescription.

75756